IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAGISTRATE NO. 04-522M |
| | : | |
| LARKEN ROSE | : | |

O R D E R

AND NOW, this _____ day of March, 2005, upon consideration of the motion of the government to dismiss the Complaint and Warrant, it is hereby ORDERED that the Complaint and Warrant filed in this matter are dismissed.

BY THE COURT:

_____
HONORABLE PETER B. SCUDERI
*United States Magistrate Judge*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAGISTRATE NO. 04-522M |
| | : | |
| LARKEN ROSE | : | |

## GOVERNMENT'S MOTION TO DISMISS

The government, by its counsel, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Michael L. Levy, Assistant United States Attorney, hereby moves the court to dismiss the complaint and warrant because in the opinion of the attorneys for the United States such dismissal is in the interests of justice.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney


MICHAEL L. LEVY
Assistant United States Attorney
Chief, Computer Crimes

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the Government's Motion to Dismiss upon the following by electronic filing:

Dennis J. Cogan, Esq.
Suite 2925
2000 Market Street
Philadelphia, PA 19103

                                              MICHAEL L. LEVY

March 15, 2005