**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

```
UNITED STATES OF AMERICA        :
                                       No. 2:04-MJ-522
    v.                          :  (Jacob P. Hart, U.S.M.J.)
                                :
LARKEN ROSE,                    :  (related to 2:05-CR-101,
                                    Michael M. Baylson, J.)
        Defendant.              :     FILED ELECTRONICALLY
```

DEFENDANT'S MOTION FOR VOLUNTARY DISMISSAL
_____OF MOTION TO RETURN PROPERTY_____

  The defendant, Larken Rose ("Movant"), moves with the consent of the United States for voluntary dismissal of his Motion to Return Property, on the ground of mootness.  In support of his motion, he states:

  1.  On February 15, 2008, Movant filed a motion for return of property, seeking an order directing the FBI to retrieve from local authorities and return to Movant property taken by the FBI from Movant's home at this Court's direction, and then entrusted to those local authorities by the FBI on the FBI's own initiative.  The property was neither seized by the local authorities nor held by them at this Court's direction.

  2.  By endorsement dated March 3, 2008, the Court granted the United States an extension of time until March 23, 2008, to respond to the motion, in light of the government's representation that it was attempting an informal resolution.

  3.  On March 14, 2008, the government returned to the defendant all of the property which was the subject of his pending motion.

-2-

WHEREFORE, the defendant prays that this Court mark the motion voluntarily dismissed as moot.

Dated:  March 18, 2008

Respectfully submitted,

**SO ORDERED, this**      By:   *s/Peter Goldberger*
**____ day of March, 2008,**          PETER GOLDBERGER
**BY THE COURT:**                PA Atty. No. 22364
                                   50 Rittenhouse Place
                                   Ardmore, PA  19003

_____
                    , J.     (610) 649-8200
                           fax:  (610) 649-8362
                           e-mail: peter.goldberger@verizon.net

                           Attorney for Deft. Larken Rose

CERTIFICATE OF SERVICE

On March 18, 2008, I served a copy of the foregoing document on counsel for the United States by copy of electronic filing, addressed to:

    Floyd J. Miller, Esq.
    Assistant U.S. Attorney
    615 Chestnut St., Suite 1250
    Philadelphia, PA  19106

                                        __*s/Peter Goldberger*_____